UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LAUREL PARK TOWNHOMES ASSOCIATION, a Washington Non-Profit Corporation,

Plaintiff,

v.

WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania Corporation; RLI INSURANCE COMPANY, an Illinois Corporation; INSURANCE COMPANY OF THE WEST, a California Corporation; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware Corporation; ACCELERANT NATIONAL INSURANCE COMPANY, a Delaware Corporation; NATIONAL SURETY CORPORATION, an Illinois Corporation; FIREMAN'S FUND INSURANCE COMPANY, a California Corporation; THE AMERICAN INSURANCE COMPANY, an Ohio Corporation; AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri Corporation; COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,

Defendants.

NO.

COMPLAINT FOR DECLARATORY RELIEF AND MONETARY DAMAGES

JURY DEMAND

Plaintiff Laurel Park Townhomes Association (the "Association") alleges as follows:

## I. INTRODUCTION

1.1 This is an action for declaratory judgment and monetary damages, seeking:

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

(A) A declaration of the rights, duties and liabilities of the parties with respect to certain controverted issues under insurance policies issued to the Association, respectively, by Westchester Fire Insurance Company, RLI Insurance Company, Insurance Company of the West, Commonwealth Insurance Company of America, Accelerant National Insurance Company, National Surety Corporation, Fireman's Fund Insurance Company, The American Insurance Company, American Automobile Insurance Company, Country Casualty Insurance Company, and Country Mutual Insurance Company (hereinafter collectively "Defendants"). The Association is seeking a ruling that the Defendants' policies provide coverage for damage at the Laurel Park Condominiums and that the above listed insurers are liable for money damages for the cost of investigating and repairing the damage at the Laurel Park Condominiums.

(B) Attorneys' fees and costs (including expert witness fees).

(C) Any other relief the Court deems just and equitable.

## II. PARTIES AND INSURANCE CONTRACTS

2.1 The Association. The Association is a nonprofit corporation incorporated under the laws of the state of Washington with its principal place of business located in Seattle, Washington. The Association has the duty to maintain the common elements and any limited common elements of the Laurel Park Condominiums for the common enjoyment of the unit owners. The Laurel Park Condominiums consists of eight (8) buildings containing a total of twenty-two (22) residential units located in Seattle, King County, Washington.

2.2 Westchester Fire. Westchester Fire Insurance Company ("Westchester Fire") is a Pennsylvania domiciled insurer with its principal place of business in Philadelphia, Pennsylvania. Westchester Fire sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums including, but not limited to, Policy No. IMS 447 920 (in effect from at least 08/01/1998 – 08/01/1999). The Association is seeking coverage under all Westchester Fire policies issued to the Association or covering the Laurel Park Condominiums at any time.

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

2.3 RLI. RLI Insurance Company ("RLI") is an Illinois domiciled insurer with its principal place of business in Peoria, Illinois. RLI sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums including, but not limited to, Policy No. RQQQE0301014 (in effect from at least 09/15/2003 – 09/15/2004). The Association is seeking coverage under all RLI policies issued to the Association or covering the Laurel Park Condominiums at any time.

2.4 ICW. Insurance Company of the West ("ICW") is a California domiciled insurer with its principal place of business in San Diego, California. ICW sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums including, but not limited to, Policy Nos. XHO 2160200 00 (in effect from at least 09/15/2005 – 09/15/2006), XHO 2160200 01 (in effect from at least 09/15/2006 – 09/15/2007), XWA 5010255 00 (in effect from at least 09/15/2011 – 09/15/2012), and XWA 5010255 01 (in effect from at least 09/15/2012 – 09/15/2013). The Association is seeking coverage under all ICW policies issued to the Association or covering the Laurel Park Condominiums at any time.

2.5 Commonwealth. On information and belief, Commonwealth Insurance Company of America ("Commonwealth") is a Delaware domiciled insurer with its principal place of business in Sandy Springs, Georgia. Commonwealth sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums including, but not limited to, Policy Nos. CICA 2319-1574 (in effect from at least 09/15/2006 – 09/15/2007) and CICA 2501-2104 (in effect from at least 09/15/2007 – 09/15/2008). The Association is seeking coverage under all Commonwealth policies issued to the Association or covering the Laurel Park Condominiums at any time.

2.6 Accelerant. Accelerant National Insurance Company ("Accelerant") is a Delaware domiciled insurer with its principal place of business in Sandy Springs, Georgia. On information and belief, Accelerant is the successor in interest to Commonwealth. On information and belief, Accelerant was formerly known as Commonwealth Insurance Company of America. Accelerant assumed all rights, obligations, and liabilities under the insurance contracts issued by

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660



Commonwealth including, but not limited to, Policy Nos. CICA 2319-1574 and CICA 2501-2104 issued to the Association or covering the Laurel Park Condominiums.

2.7 NSC. National Surety Corporation ("NSC") is an Illinois domiciled insurer with its principal place of business in Chicago, Illinois. NSC sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums including, but not limited to, Policy No. AZC80844194 (in effect from at least 09/15/2009 – 09/15/2011). The Association is seeking coverage under all NSC policies issued to the Association or covering the Laurel Park Condominiums at any time.

2.8 FFIC. Fireman's Fund Insurance Company ("FFIC") is a California domiciled insurer with its principal place of business in Chicago, Illinois. On information and belief, FFIC sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums. The Association is seeking coverage under all FFIC policies issued to the Association or covering the Laurel Park Condominiums at any time.

2.9 TAIC. The American Insurance Company ("TAIC") is an Ohio domiciled insurer with its principal place of business in Chicago, Illinois. On information and belief, TAIC sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums. The Association is seeking coverage under all TAIC policies issued to the Association or covering the Laurel Park Condominiums at any time.

2.10 AAIC. American Automobile Insurance Company ("AAIC") is a Missouri domiciled insurer with its principal place of business in Chicago, Illinois. On information and belief, AAIC sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums. The Association is seeking coverage under all AAIC policies issued to the Association or covering the Laurel Park Condominiums at any time.

2.11 Country Casualty. Country Casualty Insurance Company ("Country Casualty") is an Illinois domiciled insurer with its principal place of business in Bloomington, Illinois. On information and belief, Country Casualty sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums. The Association is seeking coverage

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

under all Country Casualty policies issued to the Association or covering the Laurel Park Condominiums at any time.

2.12 Country Mutual. Holyoke Mutual Insurance Company in Salem ("Holyoke") sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums including, but not limited to, WA0009105789-00 (in effect from at least 09/15/2011 – 09/15/2012), WA0009105789-01 (in effect from at least 09/15/2012 – 09/15/2013), WA0009105789-02 (in effect from at least 09/15/2013 – 09/15/2014), WA0009105789-03 (in effect from at least 09/15/2014 – 09/15/2015), WA0009105789-04 (in effect from at least 09/15/2015 – 09/15/2016), and WA0009105789-05 (in effect from at least 09/15/2016 – 09/15/2017). Effective January 1, 2017, Holyoke merged with Country Mutual Insurance Company ("Country Mutual"), and, as a result, Country Mutual is the successor in interest to Holyoke. Country Mutual is an Illinois domiciled insurer with its principal place of business in Bloomington, Illinois. Country Mutual also sold and issued property insurance policies to the Association and/or covering the Laurel Park Condominiums including, but not limited to,WA0009105789-06 (in effect from at least 09/15/2017 – 09/15/2018), WA0009105789-07 (in effect from at least 09/15/2018 – 09/15/2019), WA0009105789-08 (in effect from at least 09/15/2019 – 09/15/2020), WA0009105789-09 (in effect from at least 09/15/2020 – 09/15/2021), and WA0009105789-10 (09/15/2021 – 09/15/2022). The Association is seeking coverage under all Holyoke and/or Country Mutual policies issued to the Association or covering the Laurel Park Condominiums at any time.

2.13 Doe Insurance Companies 1–10. Doe Insurance Companies 1–10 are currently unidentified entities who, on information and belief, sold insurance policies to the Association that identify the Laurel Park Condominiums as covered property.

2.14 Laurel Park Insurers. Westchester Fire, RLI, ICW, Commonwealth, Accelerant, NSC, FFIC, TAIC, AAIC, Holyoke, Country Casualty, Country Mutual, and Doe Insurance Companies 1–10 shall be collectively referred to as the "Laurel Park Insurers."

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

2.15 Laurel Park Policies. The policies issued to the Association by the Laurel Park Insurers shall be collectively referred to as the "Laurel Park Policies."

## III. JURISDICTION AND VENUE

3.1 This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

3.2 Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) as the Laurel Park Insurers marketed and sold insurance to the Association in King County; a substantial part of the events giving rise to the claim occurred in King County; and the insured condominium buildings are located in King County.

## IV. FACTS

4.1 Incorporation by Reference. The Association re-alleges the allegations of Paragraphs 1.1 through 3.2, above, as if fully set forth herein.

4.2 Tender to Laurel Park Insurers. In November 2023, the Association tendered claims for insurance coverage to the Laurel Park Insurers for hidden damage recently discovered by Evolution Architecture ("Evolution"). The Association understands from Evolution that the cost to repair the covered hidden water damage at the Laurel Park Condominiums is substantially over the jurisdictional limit of $75,000.

## V. FIRST CLAIM AGAINST THE LAUREL PARK INSURERS FOR DECLARATORY RELIEF THAT THE LAUREL PARK POLICIES PROVIDE COVERAGE

5.1 Incorporation by Reference. The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 4.2, above, as if fully set forth herein.

5.2 Declaratory Relief. The Association seeks declaratory relief from the Court in the form of determinations regarding the following disputed issues:

(A) The Laurel Park Policies cover the damage to weather-resistive barrier, exterior sheathing, wood furring, and framing at the Laurel Park Condominiums.

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

(B) No exclusions, conditions, or limitations bar coverage under the Laurel Park Policies.

(C) The loss or damage to the Laurel Park Condominiums was incremental and progressive. New damage commenced during each year of the Laurel Park Policies.

(D) As a result, the Laurel Park Policies cover the cost of investigating and repairing the weather-resistive barrier, exterior sheathing, wood furring, and framing at the Laurel Park Condominiums.

## VI. PRAYER FOR RELIEF

WHEREFORE, the Association prays for judgment as follows:

6.1 Declaratory Judgment Regarding Coverage. A declaratory judgment that the Laurel Park Policies provide coverage as described herein and that the Laurel Park Insurers are obligated to pay money damages to repair the hidden damage at the Laurel Park Condominiums.

6.2 Money Damages. For money damages in an amount to be proven at trial.

6.3 Attorneys' Fees and Costs of Suit. For reasonable attorneys' fees and costs (including expert fees). *See Olympic Steamship Co. v. Centennial Ins. Co.*, 117 Wn.2d 37, 811 P.2d 673 (1991), and RCW 48.30.015.

6.4 Other Relief. For such other and further relief as the Court deems just and equitable.

## VII. DEMAND FOR JURY TRIAL

7.1 Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Association demands trial by jury in this action of all issues so triable.

DATED this 6th day of December, 2023.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel J. Stein*
*/s/ Jessica R. Burns*

Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Jessica R. Burns, WSBA 49852
16400 Southcenter Pkwy, Suite 410

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

Tukwila, WA 98188
Email: jstein@condodefects.com
justin@condodefects.com
dstein@condodefects.com
jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

COMPLAINT FOR DECLARATORY RELIEF AND
MONETARY DAMAGES - 8

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660