HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LAUREL PARK TOWNHOMES ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania Corporation; RLI INSURANCE COMPANY, an Illinois Corporation; INSURANCE COMPANY OF THE WEST, a California Corporation; COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware Corporation; ACCELERANT NATIONAL INSURANCE COMPANY, a Delaware Corporation; NATIONAL SURETY CORPORATION, an Illinois Corporation; FIREMAN'S FUND INSURANCE COMPANY, a California Corporation; THE AMERICAN INSURANCE COMPANY, an Ohio Corporation; AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri Corporation; COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO.  2:23-cv-01876-GJL<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS RLI INSURANCE COMPANY, INSURANCE COMPANY OF THE WEST, COMMONWEALTH INSURANCE COMPANY OF AMERICA, ACCELERANT NATIONAL INSURANCE COMPANY, NATIONAL SURETY CORPORATION, FIREMAN'S FUND INSURANCE COMPANY, THE AMERICAN INSURANCE COMPANY, AMERICAN AUTOMOBILE INSURANCE COMPANY, COUNTRY CASUALTY INSURANCE COMPANY, AND COUNTRY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS RLI INSURANCE COMPANY, INSURANCE COMPANY OF THE WEST, COMMONWEALTH INSURANCE COMPANY OF AMERICA, ACCELERANT NATIONAL INSURANCE COMPANY, NATIONAL SURETY CORPORATION, FIREMAN'S FUND INSURANCE COMPANY, THE AMERICAN INSURANCE COMPANY, AMERICAN AUTOMOBILE INSURANCE COMPANY, COUNTRY CASUALTY INSURANCE COMPANY, AND COUNTRY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

1   Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Laurel Park Townhomes Association (the "Association") hereby dismisses its claim against Defendants RLI Insurance Company, Insurance Company of the West, Commonwealth Insurance Company of America, Accelerant National Insurance Company, National Surety Corporation, Fireman's Fund Insurance Company, The American Insurance Company, American Automobile Insurance Company, Country Casualty Insurance Company, and Country Mutual Insurance Company (hereinafter collectively referred to as "Defendants") without prejudice and without costs. These Defendants have not served either an answer or a motion for summary judgment, and Fed. R. Civ. P. Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against these Defendants without a court order pursuant to Fed. R. Civ. P. 41(a). This lawsuit otherwise remains open.

Dated the 5th day of March, 2024.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel J. Stein*
*/s/ Jessica R. Burns*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Jessica R. Burns, WSBA 49852
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
        justin@condodefects.com
        dstein@condodefects.com
        jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS RLI INSURANCE COMPANY, INSURANCE COMPANY OF THE WEST, COMMONWEALTH INSURANCE COMPANY OF AMERICA, ACCELERANT NATIONAL INSURANCE COMPANY, NATIONAL SURETY CORPORATION, FIREMAN'S FUND INSURANCE COMPANY, THE AMERICAN INSURANCE COMPANY, AMERICAN AUTOMOBILE INSURANCE COMPANY, COUNTRY CASUALTY INSURANCE COMPANY, AND COUNTRY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2024, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

<u>Attorney for Defendants Country Mutual Insurance Company and Country Casualty Insurance Company:</u>
Michael S. Rogers
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
Telephone: (206) 292-4900
Email: mrogers@rmlaw.com

☐ via US Mail
☐ via Legal Messenger
☐ via E-Mail
☒ via USDC ECF

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 5th day of March, 2024, at Tukwila, Washington.

<u>s/Zach Heafner</u>
Zach Heafner, Paralegal
Stein, Sudweeks & Stein, PLLC
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS RLI INSURANCE COMPANY, INSURANCE COMPANY OF THE WEST, COMMONWEALTH INSURANCE COMPANY OF AMERICA, ACCELERANT NATIONAL INSURANCE COMPANY, NATIONAL SURETY CORPORATION, FIREMAN'S FUND INSURANCE COMPANY, THE AMERICAN INSURANCE COMPANY, AMERICAN AUTOMOBILE INSURANCE COMPANY, COUNTRY CASUALTY INSURANCE COMPANY, AND COUNTRY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660