UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAUREL PARK TOWNHOMES ASSOCIATION, <br><br>                    Plaintiff, <br><br>        v. <br><br> WESTCHESTER FIRE INSURANCE COMPANY, *et al.*, <br><br>                    Defendants. | CASE NO. 2:23-cv-01876-GJL <br><br> ORDER |

Before the Court is this civil action for declaratory judgment and monetary damages. *See* Dkt. 1. On March 25, 2024, Plaintiff Laurel Park Townhomes Association filed a Notice of Voluntary Dismissal as to Defendant Westchester Fire Insurance Company ("Westchester Fire"). Dkt. 13. In the Notice, Plaintiff asserts that, pursuant to Federal Rule of Civil Procedure 41(a), it dismisses its claim against Defendant Westchester Fire. *Id*. at 1–2. Further, as no other Defendants remain in this lawsuit other than Doe Insurance Companies 1–10, which Plaintiff dismisses without prejudice and without costs, Plaintiff requests that this case be closed. *Id.* at 2.

//

ORDER - 1

Upon review of the Motion and relevant record, the Court hereby **ORDERS** the Clerk of Court to **CLOSE** this case.

Dated this 29th day of March, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER - 2